AO 468 (1/86) Waiver of Preliminary Examination or Hearing

# United States District Court

DISTRICT OF

UNITED STATES OF AMERICA

V.

Venancio Carrasquillo

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
**(Rule 5 or 32.1, Fed. R. Crim. P.)**

Case Number:

I, Venancio Carrasquillo, charged in a (complaint) (petition) pending in this District with Distribution over 5 grams in violation of Title 21, U.S.C., 841, and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

[signature]
Defendant

9-16-05
Date

[signature]
Counsel for Defendant