1067034

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

V.

VENANCIO CARRASQUILLO, aka Cito
DOB 1978
Newport, RI

## WARRANT FOR ARREST

CASE NUMBER: 1:05-M-115M

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Venancio Carrasquillo, aka Cito
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☒ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)
Distributing five grams or more of a mixture and substance containing a detectable amount of cocaine base

RECEIVED
SEP 16 2005
U.S. MARSHALS SERVICE
DISTRICT OF R.I.

in violation of Title 21 United States Code, Section(s) 841(a)(1) and (b)(1)(B)

DAVID L. MARTIN
Name of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

David L. Martin
Signature of Issuing Officer

9-15-05 Providence, RI
Date and Location

Bail fixed at $ ______ by ______
Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at Newport PD by DEA

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 09/16/2005 | Charles Wyant SDUSM | Charles Wyant |
| DATE OF ARREST 09/16/2005 | | |

This form was electronically produced by Elite Federal Forms, Inc.